# United States Court of Appeals
# for the Federal Circuit

---

June 17, 2010

**ERRATA**

---

Appeal No. 2008-5190

**STOBIE CREEK INVESTMENTS LLC,**
**JFW ENTERPRISES, INC.,**
**Tax Matters and Notice Partners; and**
**STOBIE CREEK INVESTMENTS LLC,**
**by and through**
**JFW INVESTMENTS, LLC,**
**Tax Matters and Notice Partner,**
**v.**
**UNITED STATES,**

Decided:  June 11, 2010
Precedential Opinion

---

Please make the following changes:

Page 2, line 22, change "$4 million" to --$40 million--.

Page 12, lines 18-19, delete "and assessed over $4.2 million in additional taxes".